1  **LEACH KERN GRUCHOW**
   **ANDERSON SONG**
2  SEAN L. ANDERSON
   sanderson@lkglawfirm.com
3  Nevada Bar No. 7259
   T. CHASE PITTSENBARGER
4  cpittsenbarger@lkglawfirm.com
   Nevada Bar No. 13740
5  2525 Box Canyon Drive
   Las Vegas, Nevada 89128
6  Telephone:   (702) 538-9074
   Facsimile:   (702) 538-9113
7  *Attorneys for Defendant Legends*
   *Maintenance Corporation*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON TRUST COMPANY, N.A. FKA THE BANK OF NEW YORK TRUST COMPANY, N.A., AS TRUSTEE FOR THE HOLDERS OF MLMI SURF TRUST, MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2005-BC4,<br><br>                   Plaintiff,<br>vs.<br><br>LEGENDS MAINTENANCE CORPORATION; BFP INVESTMENTS 6 L.L.C.<br><br>                   Defendants. | Case No. 2:16-cv-02567-MMD-GWF<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING DEADLINES**<br>**[ECF No. 68 & ECF No. 72]**<br><br>**(First Request)** |

Defendant Legends Maintenance Corporation (the "Association"), Plaintiff The Bank of New York Mellon (the "Bank"), and Defendant BFP Investments 6, LLC ("BFP"), collectively (the "Parties), by and through counsel of record, stipulate and agree as follows:

1. On September 10, 2018 the Bank filed its Revised Motion for Summary Judgment [ECF No. 68].

2. On October 1, 2018 BFP filed its Response to the Bank's Motion [ECF No. 72].

3. The Association's response to the Bank's Motion was due October 1, 2018.

4. The Bank's Reply to BFP's Response is due October 15, 2018.

5. The Parties agree to extend the Association's deadline to respond to the Bank's Motion to and including October 5, 2018.

6. The Parties also agree to extend the deadline to file their respective Replies to the Parties' Responses to the individual Motions for Summary Judgment to October 23, 2018.

7. It has come to the Association's counsel's attention that during Leach Kern Gruchow Anderson Song's relocation to a new office, court filings were not being received. This timeframe coincides with the date on which the Bank filed its Revised Motion for Summary Judgment [ECF No. 68]. This technological issue has caused delays in any responses and/or replies that became due during that time period.

**THE PARTIES HEREBY STIPULATE AND AGREE** that the Association shall have up to and including **October 5, 2018** to file its Response to the Bank's Revised Motion for Summary Judgment [ECF No. 68]. The Parties further agree that all Replies shall then be due **October 23, 2018**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Page 2 of 3

1  This is the Parties' first request of these deadlines and is not intended to cause any
2  delay or prejudice to any party.
3  Stipulated and agreed to this 3rd day of October, 2018.

| **Leach Kern Gruchow Anderson Song** | **Akerman, LLP** |
|---|---|
| */s/ T. Chase Pittsenbarger* | */s/ Donna M. Wittig* |
| Sean L. Anderson | Melanie D. Morgan |
| Nevada Bar No. 7259 | Nevada Bar No. 8215 |
| T. Chase Pittsenbarger, | Donna M. Wittig |
| Nevada Bar No. 13740 | Nevada Bar No. 11015 |
| 2525 Box Canyon Drive | 1635 Village Center Circle, #200 |
| Las Vegas, NV 89128 | Las Vegas, NV 89134 |
| *Attorneys for Legends Maintenance Corp.* | *Attorneys for Bank of New York Mellon* |

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron*
_____
Diana S. Ebron
Nevada Bar No. 10580
Jacqueline A. Gilbert
Nevada Bar No. 10593
7625 Dean Martin Drive, #110
Las Vegas, NV 89139
*Attorneys for BFP Investments 6 LLC*

## ORDER

**IT IS SO ORDERED** this  4th    day of October, 2018.

_____
U.S. DISTRICT JUDGE

Page 3 of 3